UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOMRAJ SINGH, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>ERIC H. HOLDER, JR., *et al.*,<br><br>    Defendants. | No. C-13-4958 EMC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>**(Docket No. 11)** |

Previously, Judge Spero granted Plaintiffs' application to proceed in forma pauperis. *See* Docket No. 10 (order). Judge Spero then reviewed Plaintiff's petition pursuant to 28 U.S.C. § 1915 and prepared a report recommending that this Court order service of the complaint on Defendants because, although there was one deficiency in the complaint, "[i]n all other respects," the complaint was sufficient to survive § 1915 review. Docket No. 11 (R&R at 14). In a footnote, however, Judge Spero noted that service by the U.S. Marshal might be unnecessary as Plaintiffs were making efforts to effect service on Defendants.[1] *See* Docket No. 11 (R&R at 14 n.2).

///
///
///
///
///

---

[1] After the fiing of the report and recommendation, Plaintiffs filed an amended petition.

1  No party filed an objection to the report and recommendation. Having reviewed the report
2  and recommendation, as well as all other evidence, the Court hereby adopts it. However, service by
3  the Marshal is now a moot point because Plaintiffs have served Defendants, *see* Docket No. 18 (in
4  motion filed by government, conceding service on November 25, 2013), and Defendants have now
5  appeared in this action.

7  IT IS SO ORDERED.

9  Dated: January 10, 2014

_____
EDWARD M. CHEN
United States District Judge

2