Olumide K. Obayemi (SBN 219562)
The Law Offices of Olumide K. Obayemi
337 Caliente Circle
San Leandro, CA 94578-4144
Tel/Fax: (510) 895-5015
Cell: (510) 798-8732
E-mail: obayemilaw@yahoo.com

Attorneys for SOMRAJ SINGH and REENA RANI

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOMRAJ SINGH and REENA RANI**, <br><br> Plaintiffs, <br><br> vs. <br><br> **ERIC H. HOLDER Jr., ATTORNEY GENERAL, UNITED STATES DEPARTMENT OF JUSTICE, JOHN KERRY, SECRETARY OF STATES, UNITED STATES DEPARTMENT OF STATE, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE, and DOES 1-25**, <br><br> Defendants. | **Civil Case Number: C-13-4958 JCS** <br><br> **PLAINTIFFS' NOTICE OF DISMISSAL** |

AASIA KHANUM Complaint

Plaintiffs, by and through their attorneys of record hereby, subject to the approval of the Court, request the dismissal of the above-entitled action without prejudice as defendants have issued immigrant visa to beneficiary Reena Rani as of Feb 14, 2014.

Dated: Feb 14, 2014        The Law Offices of Olumide K. Obayemi

_____//s//_____
Olumide K. Obayemi
Attorneys for Plaintiffs
**SOMRAJ SINGH and REENA RANI**

## ORDER

Pursuant to REQUEST FOR DISMISSAL, IT IS SO ORDERED.

Date: Feb….24…., 2014

…………………………………..
**Hon** U.S. District Judge EDWARD M. CHEN
**United States District Judge**

GRANTED
Judge Edward M. Chen

AASIA KHANUM Complaint        1